**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE OLDE RIVER YACHT CLUB LIMITED PARTNERSHIP
*Debtor*
OLDE RIVER YACHT CLUB LIMITED PARTNERSHIP DEBTOR IN POSSESSION
*Plaintiff*
*v.*
OLDE RIVER YACHT CLUB UNIT OWNERS ASSOCIATION, INC.
*And*
RONALD AMBURGEY
*And*
JOSEPH & SANDRA ANDRES
*And*
GERALDINE H. ARCORIA, TRUSTEE
*And*
ATWOOD INDUSTRIES, INC.
*And*
JOSEPH T. AVENI
*And*
PETER BALINT
*And*
CONSTANTINE BARBOUTIS & GAYLE CRAWFORD-LONDON
*And*
LAWRENCE C. AND TONI C. BARRETT
*And*
WALTER BENITT
*And*
CHARLES AND MARGRET BRAUN
*And*
DALE E. AND MAURA M. BRAUN
*And*
JAMES AND SANDRA BRUNO
*And*
KAREN M. BURGUND
*And*
GEORGE N. CATER
*And*
KENNETH I. CLEVELAND
*And*
CHARLES AND ELIZABETH CUTTER
*And*

CASE NO. 06-13768

JUDGE ARTHUR I. HARRIS

ADVERSARY NO.

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE

**ADVERSARY PROCEEDING TO OBTAIN APPROVAL PURSUANT TO SECTION 363(h) FOR THE SALE OF BOTH THE INTEREST OF THE ESTATE AND A CO-OWNER IN PROPERTY, TO DETERMINE THE EXTENT VALIDITY AND PRIORITY OF LIENS AND OTHER RELIEF.**

67577

JEFFREY C. DAVIDSON

*And*

BERNADINE DAVIS

*And*

SHAWN & DAWN DONEGAN

*And*

DEAN DUCATO

*And*

CYNTHIA L. AND JOHN ECKSTEIN

*And*

FREDERICK & HELEN EISENBERG

*And*

GARY J. & NICOLE H. ESSES

*And*

KEVIN A. FARRELL

*And*

JOYCE FOLIANO

*And*

REGINALD R. AND KATHLEEN D. FOSTER

*AND*

PATRICIA GAZER

*And*

MARK GAZVODA

*And*

ROBERT R. GLAZER

*And*

STEVE HADGIS

*And*

SIDOR HADGIS

*And*

JOHN S. HADGIS, TRUSTEE

*And*

JASON HELMBRECHT

*And*

ROBERT IVANCIC

*And*

IVANCIC BOAT POWER, INC.

*And*

THOMAS A. JACUBEC

*AND*

DENNIS & SYLVIA JONES

*And*

JOS-TECH PLASTICS, INC.

*And*

ALAN RANDALL KEEFE

*And*

E.R. KEHOE

*And*

KHC HOLDINGS, AN OHIO LIMITED PARTNERSHIP

*And*

JOHN S. & K.J. MATRICARDI

*And*

THOMAS O. MERLINO

*And*

VINCENT J. MILANO

*And*

MIMAMA, LLC

*And*

LEA BOYAS & SEBASTIAN BEN MORABITO

*And*

S.B. MORABITO TRUCKING CO.

*And*

CREIGHTON B. MURCH

*And*

JOHN & P. MURPHY

*And*

MARTIN MUSKA C/O MICHAEL H. PETERSON

*And*

GARY NARKS

*And*

ADRINA NIEDERST

*And*

ART NITTSKOFF

*And*

JOSEPH PAPATAS

*And*

WILLIAM F. PARRAVANO

*And*

CARMEN & KATHLEEN PELUSO

*And*

GREGORY J. PLUSCUSKY

*And*

PAUL J. AND PATRICIA A. PREVOSNIK

*And*

ROBERT & GAY PUCHMAJER

*And*

ROGER J. RIACHI

*And*

RMC, INC.

*And*

ROCK LOBSTER YACHT CHARTERS, INC.

*And*

MARTIN SARCYK

*And*

JOSEPH & S.L. SBROCCO

*And*

KIM SCOTT

*And*

JOHN SIGAN

*And*

FRANK B. SPENCER

*And*

SUNSHINE LIMITED PARTNERSHIP

*And*

VIKTOR SVIODOSCH

*And*

DONALD THOMSON

*And*

TOM PAIGE REAL ESTATE INVESTMENT CO.

*And*

UNGER COMPANY

*And*

NICHOLAS VROUTOS

*And*

DAVID WILLIAM ZINK

*And*

GARY VAN ALT

*And*

ROGER AND MAUREEN FOGARTY

*And*

THOMAS J. BOWER

*And*

CAPITAL ONE BANK

*And*

CCHS HILLCREST HOSPITAL

*And*

CUYAHOGA COUNTY TREASURER

*And*

EATON FAMILY CREDIT UNION

*And*

GLS CAPITAL- CUYAHOGA, INC.

*And*

GLS CAPITAL- CUYAHOGA LIEN POOL ONE, INC.

*And*

GREAT SENECA FINANCIAL CORP.

*And*

JF CAPITAL LLC

*And*

NATIONAL CHECK BUREAU, INC.

*And*

NATIONAL CITY BANK

*And*

PLYMOUTH PARK TAX SERVICES LLC

*And*

STATE OF OHIO, BUREAU OF WORKERS COMPENSATION

*And*

STATE OF OHIO, DEPARTMENT OF TAXATION

*And*

UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVIICE

*Defendants*

## **JURISDICTION**

1. The court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334(b) and (d).

2. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O).

3. To the extent that the matters herein are determined not to be core proceedings, they are related to the bankruptcy case referenced above and Plaintiff consents and alleges that each Defendant also consents to the referral of this adversary proceeding to the bankruptcy judge to hear and determine and to enter appropriate orders and judgments, subject to review under 28 U.S.C. § 158.

## **PARTIES**

### **Plaintiff**

4. Plaintiff Olde River Yacht Club Limited Partnership Debtor in Possession is a limited partnership formed under the laws of Ohio, and is the Debtor-in-Possession the bankruptcy

case in which this adversary proceeding is commenced ("Debtor"). The Debtor owns approximately 111 units in the Olde River Yacht Club, a Marine Condominium ("Yacht Club")

**Association**

5. Defendant Olde River Yacht Club Unit Owners Association, Inc. ("Owners Association") is an Ohio corporation that may be served with the summons and complaint by first class mail postage pre-paid addressed to Mark Gazvoda, Olde River Yacht Club Unit Owners Association, Inc.'s Statutory Agent, 4872 Tillman Ave, Cleveland, OH, 44102. The Owners Association manages the Yacht Club's common areas, but has no ownership interest in that property as described below. The Owners Association my claim some lien or encumbrance of the Units owned by some of the Unit Owners.

**Unit Owners**

6. Defendant Ronald Amburgey is the owner of record of one or more units at the Yacht Club and the co-owner of a share of the Yacht Club's common areas as described below (a "Unit" and a "Unit Owner"). Defendant may be served with the summons and complaint at 8569 Wood Hollow, Sagamore Hills, Ohio 44067.

7. Defendants Joseph & Sandra Andres are Unit Owners. Defendants may be served with the summons and complaint at 1004 John Glenn Drive, Unit G5, Independence, Ohio 44131-2926.

8. Defendant Geraldine H. Arcoria, Trustee is a Unit Owner. Defendant may be served with the summons and complaint at 3842 E. Aurora Road, Twinsburg, Ohio 44087

9. Defendant Atwood Industries, Inc. is a Unit Owner. Defendant may be served with the summons and complaint at 1315 Main Avenue, Cleveland, Ohio 44113-2312.

10. Defendant Joseph T. Aveni is a Unit Owner. Defendant may be served with the summons and complaint at 6690 Beta Drive, Suite 220, Cleveland, Ohio 44143.

11. Defendant Peter Balint is a Unit Owner. Defendant may be served with the summons and complaint at 295 Mourning Dove Drive, Saunderstown, Rhode Island 02874-2211.

12. Defendant Constantine Barboutis and Gayle Crawford-London are Unit Owners. Defendants may be served with the summons and complaint at 4775 W. 139th Street, Cleveland, Ohio 44135-5033

13. Defendants Lawrence and Toni Barrett are Unit Owners. Defendants may be served with the summons and complaint at 29280 N. Park Blvd., Solon, Ohio 44139-1193.

14. Defendant Walter Benitt is a Unit Owner. Defendant may be served with the summons and complaint at 18110 Merece Drive, Brookpark, Ohio 44142-3444.

15. Defendants Charles and Margret Braun are Unit Owners. Defendants may be served with the summons and complaint at 11643 Forest Point P., Strongsville, Ohio 44136-4516.

16. Defendants Dale E. and Maura M. Braun are Unit Owners. Defendants may be served with the summons and complaint at 2021 Cedar Point Road, Sandusky, Ohio 44870.

17. Defendants James and Sandra Bruno are Unit Owners. Defendants may be served with the summons and complaint at 18319 Stony Point Drive, Strongsville, Ohio 44136.

18. Defendant Karen M. Burgund is a Unit Owner. Defendant may be served with the summons and complaint at 17148 Misty Lake Road, Strongsville, Ohio 44136.

19. Defendant George N. Cater is a Unit Owner. Defendant may be served with the summons and complaint at 5157 Wiltshire Rd., North Royalton, OH 44133-6555.

20. Defendant Kenneth I. Cleveland is a Unit Owner. Defendant may be served with the summons and complaint at 1949 Plymouth Oval, Hinckley, Ohio 44233.

21. Defendants Charles and Elizabeth Cutter are Unit Owners. Defendants may be served with the summons and complaint at 9270 Cedar Valley Rd., West Salem, Ohio 44287-9533.

22. Defendant Jeffrey C. Davidson is a Unit Owner. Defendant may be served with the summons and complaint at 40 Hunting Trail, Chagrin Falls, Ohio 44022-2545.

23. Defendant Bernadine Davis is a Unit Owner. Defendant may be served with the summons and complaint at 2921 Remington Pointe, Aurora, Ohio 44202-8745.

24. Defendants Shawn & Dawn Donegan are Unit Owners. Defendants may be served with the summons and complaint at 11860 Lake Avenue, Lakewood, Ohio 44107-1807.

25. Defendant Dean Ducato is a Unit Owner. Defendant may be served with the summons and complaint at 11524 Edgewater Drive, Cleveland, Ohio 44102.

26. Defendants Cynthia L. and John Eckstein are Unit Owners. Defendant may be served with the summons and complaint at 5887 Park Ridge Drive, North Olmsted, Ohio 44070.

27. Defendants Frederick & Helen Eisenberg are Unit Owners. Defendants may be served with the summons and complaint at 23650 Hazelmere Road, Shaker Heights, Ohio 44122-3129.

28. Defendants Gary J. & Nicole H. Esses are Unit Owners. Defendants may be served with the summons and complaint at 4391 Danberry Drive, North Olmsted, Ohio 44070-2835.

29. Defendant Kevin A. Farrell is a Unit Owner. Defendant may be served with the summons and complaint at 8301 Harwood Lane, Painesville, Ohio 44077-8718.

30. Defendant Joyce Foliano is a Unit Owner. Defendant may be served with the summons and complaint at 6104 Elmwood Avenue, Independence, Ohio 44131-4700.

31. Defendant Reginald R. Foster is a Unit Owner. Defendant may be served with the summons and complaint at 2735 Heathrow Drive, Colorado Springs, CO 80920-7233.

32. Defendant Patricia Gazer is a Unit Owner. Defendant may be served with the summons and complaint at 9005 Timber Edge, North Ridgeville, Ohio 44039.

33. Defendant Mark Gazvoda is a Unit Owner. Defendant may be served with the summons and complaint at 4872 Tillman Ave., Cleveland, Ohio 44102.

34. Defendant Robert R. Glazer is a Unit Owner. Defendant may be served with the summons and complaint at 23880 Commerce Park, Suite 100, Beachwood, Ohio 44122-5830.

35. Defendant Steve Hadgis is a Unit Owner. Defendant may be served with the summons and complaint at 36900 Chester Road, Avon, Ohio 44011-1068.

36. Defendant Sidor Hadgis is a Unit Owner. Defendant may be served with the summons and complaint at 36900 Chester Rd., Avon, Ohio 44011-1068.

37. Defendant John S. Hadgis, Trustee is a Unit Owner. Defendant may be served with the summons and complaint at 8525 Clinton Rd., Brooklyn, Ohio 44144.

38. Defendant Jason Helmbrecht is a Unit Owner. Defendant may be served with the summons and complaint at 2756 Derbyshire, Cleveland, Ohio 44106.

39. Defendant Robert Ivancic is a Unit Owner. Defendant may be served with the summons and complaint at 5300 Whiskey Island, Cleveland, Ohio 44102.

40. Defendant Ivancic Boat Power, Inc. is a Unit Owner. Defendant may be served with the summons and complaint at 53000 Whiskey Island, Cleveland, Ohio 44102.

41. Defendant Thomas A. Jacubec is a Unit Owner. Defendant may be served with the summons and complaint at 26509 Annesley Road, Beachwood, Ohio 44122-2407.

42. Defendants Dennis & Sylvia Jones are Unit Owners. Defendants may be served with the summons and complaint at 1495 Metzger Road, Valley City, Ohio 44280-9740.

43. Defendant Jos-Tech Plastics, Inc. is a Unit Owner. Defendant may be served with the summons and complaint at 7312 Dillman Dr., Unit 1-8, Hudson, Ohio 44236.

44. Defendant Alan Randall Keefe is a Unit Owner. Defendant may be served with the summons and complaint at 21621 Edgecliff Dr., Euclid, Ohio 44123.

45. Defendant E.R. Kehoe is a Unit Owner. Defendant may be served with the summons and complaint at 400 United Bank Plaza, Canton, Ohio 44702.

46. Defendant KHC Holdings is a Unit Owner. Defendant may be served with the summons and complaint at 6536 Crabtree Ln., Brecksville, Ohio 44141-1735.

47. Defendants John S. and K.J. Matricardi are Unit Owners. Defendant may be served with the summons and complaint at 1429 Cohassett Avenue, Lakewood, Ohio 44107-4901.

48. Defendant Thomas O. Merlino is a Unit Owner. Defendant may be served with the summons and complaint at 3411 Park Drive, Cleveland, Ohio 44134.

49. Defendant Vincent Milano is a Unit Owner. Defendant may be served with the summons and complaint at 20360 Parkview Ave., Rocky River, Ohio 44116.

50. Defendant Mimama, LLC is a Unit Owner. Defendant may be served with the summons and complaint at Attn: William A. Cowley, ORY, P.O. Box 428, Kings Mountain, NC 28086.

51. Defendants Lea Boyas and Sebatian B. Morabito, are Unit Owners. Defendants may be served with the summons and complaint at 7353 Dunham Rd., Walton Hills, Ohio 44146.

52. Defendant SB. Morabito Trucking Co., is a Unit Owner. Defendant may be served with the summons and complaint c/o Sabastian B. Morabito, Sr., 3560 E. 55th St., Cleveland, Ohio 44105-1126.

53. Defendant Creighton B. Murch is a Unit Owner. Defendant may be served with the summons and complaint at 2280 Tudor Drive, Cleveland, Ohio 44106-3210.

54. Defendants John and P. Murphy are Unit Owners. Defendants may be served with the summons and complaint at 2799 Lakeview Avenue, Rocky River, Ohio 44116-2563.

55. Defendant Martin Muska is a Unit Owner. Defendant may be served with the summons and complaint at c/o Michael H. Peterson, 402 Fairway View Drive, Chagrin Falls, Ohio 44023.

56. Defendant Gary Narks is a Unit Owner. Defendant may be served with the summons and complaint at Attn: William A. Cowley, ORY, P.O. Box 428, Kings Mountain, NC 28086.

57. Defendants David and Adrina Niederst are a Unit Owners. Defendants may be served with the summons and complaint at 22200 Lake Road, Rocky River, Ohio 44116.

58. Defendant Art Nittskoff is a Unit Owner. Defendant may be served with the summons and complaint at 34305 Seminole Way, Solon, Ohio 44139-5834.

59. Defendant Joseph Papatas is a Unit Owner. Defendant may be served with the summons and complaint at 143 Sholle Dr., Hudson, Ohio 44236.

60. Defendant William F. Parravano is a Unit Owner. Defendant may be served with the summons and complaint at 2436 Barnsley Way, Broadview Heights, Ohio 44147-3673.

61. Defendants Carmen and Kathleen Peluso are Unit Owners. Defendants may be served with the summons and complaint at 5524 Renee Drive, Cleveland, Ohio 44143-3027.

62. Defendant Gregory J. Pluscusky is a Unit Owner. Defendant may be served with the summons and complaint at 7595 Jeniher Drive, Mentor, Ohio 44060.

63. Defendants Paul J. & Patricia A Prevosnik are a Unit Owners. Defendants may be served with the summons and complaint at 32 Rachels Way, Hudson, OH 44236.

64. Defendants Robert & Gay Puchmajer are Unit Owners. Defendants may be served with the summons and complaint at 14579 Revere Circle, Cleveland, Ohio 44130-7042.

65. Defendant Roger J. Riachi is a Unit Owner. Defendant may be served with the summons and complaint at 19600 Idlewood Trail, Strongsville, Ohio 44149.

66. Defendant RMC, Inc. is a Unit Owner. Defendant may be served with the summons and complaint at 3000 Woodhill Road, Cleveland, Ohio 44104-4557.

67. Defendant Rock Lobster Yacht Charters, Inc. is a Unit Owner. Defendant may be served with the summons and complaint at 2001 Crocker Road, Suite 440, Westlake, Ohio 44145-6968.

68. Defendant Martin Sarcyk is a Unit Owner. Defendant may be served with the summons and complaint at 13730 Enterprise Ave, Cleveland, Ohio 44135.

69. Defendants Joseph and S.L. Sbrocco are Unit Owners. Defendants may be served with the summons and complaint at 6565 Thorntree Drive, Brecksville, Ohio 44141-1769.

70. Defendant Kim Scott is a Unit Owner. Defendant may be served with the summons and complaint at 24450 Ridgeline Road, Bedford, Ohio 44146.

71. Defendant John Sigan is a Unit Owner. Defendant may be served with the summons and complaint at 2365 Woodmill Drive, Westlake, Ohio 44145-6501.

72. Defendant Frank B. Spencer is a Unit Owner. Defendant may be served with the summons and complaint at 1474 Saint Clair Ave., Cleveland, Ohio 44114-2002.

73. Defendant Sunshine Limited Partnership is a Unit Owner. Defendant may be served with the summons and complaint at 1729 Superior Avenue E., Suite 330, Cleveland, Ohio 44114-2925.

74. Defendant Viktor Sviodosch is a Unit Owner. Defendant may be served with the summons and complaint at 739 Grand View Ln., Aurora, Ohio 44202-8822.

75. Defendant Donald Thomson is a Unit Owner. Defendant may be served with the summons and complaint at 29880 Wellington Dr., North Olmsted, Ohio 44070-5080.

76. Defendant Tom Paige Real Estate Investment Co. is a Unit Owner. Defendant may be served with the summons and complaint at 2275 E. 55th St., Cleveland, Ohio 44103.

77. Defendant Unger Company is a Unit Owner. Defendant may be served with the summons and complaint at 12401 Berea Road, Cleveland, Ohio 44111-1617.

78. Defendant Nicholas Vroutos is a Unit Owner. Defendant may be served with the summons and complaint at 1465 Riverside Drive, Lakewood, Ohio 44107-3318.

79. Defendant David William Zink is a Unit Owner. Defendant may be served with the summons and complaint at 3357 W. 122nd Street, Cleveland, Ohio 44111.

**Other Interested Parties**

80. Defendant Gary Van Alt claims an interest in a Unit owned by Plaintiff as the land contract vendee who has paid for the Unit. Defendant may be served with the summons and complaint at 16435 Walnut Creek, Strongsville OH 44136.

81. Defendants Roger and Maureen Fogarty claim an interest in a Unit owned by Plaintiff as the land contract vendees who have paid for the Unit. Defendant may be served with the summons and complaint at 18647 Dellwood Rd, Walton Hills OH 44146.

82. Defendant Thomas J. Bower claims a mortgage interest in the Units owned by Plaintiff. Defendant may be served with the summons and complaint at 11 Sandy Cove Rd., Lake Wylie, SC 29710

83. Defendant Capital One Bank may claim an interest in Unit B1 and G2. Defendant may be served with the summons and complaint at c/o National Attorney Network, 6356 Corley Rd, PO Box 6700, Norcross GA 30091.

84. Defendant CCHS Hillcrest Hospital may claim an interest in Unit D4. Defendant may be served with the summons and complaint at c/o Lori Stefanac, 17325 Euclid Ave Cleveland OH 44112.

85. Defendant Cuyahoga County Treasurer may claim an interest in some of the Units. Defendant may be served with the summons and complaint at 1219 Ontario St, Cleveland OH 44113

86. Defendant Eaton Family Credit Union, may claim an interest in Unit B1. Defendant may be served with the summons and complaint at 1902 Villaview, Cleveland OH 44119.

87. Defendant GLS Capital-Cuyahoga, Inc. may claim an interest in some of the Units. Defendant may be served with the summons and complaint at 310 Lakeside Ave Ste 595 Cleveland OH 44113

88. Defendant GLS Capital-Cuyahoga Lien Pool One, Inc. may claim an interest in some of the Units. Defendant may be served with the summons and complaint at 310 Lakeside Ave Ste 595 Cleveland OH 44113

89. Defendant Great Seneca Financial Corp may claim an interest in Unit B1. Defendant may be served with the summons and complaint at PO BOX 1651 Rockville MD 20849.

90. Defendant JF Capital LLC, may claim an interest in Unit E12. Defendant may be served with the summons and complaint at PO Box 942, Plastow NH 03865.

91. Defendant National Check Bureau, Inc. may claim an interest in Unit C14. Defendant may be served with the summons and complaint 10625 Techwoods Circle, Cincinnati OH 45242.

92. Defendant National City Bank may claim an interest in some of the Units. Defendant may be served with the summons and complaint at National City Bank, Law Department, 1900 E 9th St, Cleveland OH 44114

93. Defendant Plymouth Park Tax Services LLC may claim an interest in some of the Units. Defendant may be served with the summons and complaint 35 Airport Rd Ste 150 Morristown NJ 07960

94. Defendant State of Ohio Bureau of Workers Compensation (OBWC) is an agency of the State of Ohio and under the laws of the State of Ohio maybe served with the summons and complaint addressed to Bureau of Workers Compensation, P.O. Box 165009, Columbus OH 43216-1650 and to State of Ohio Department of Taxation c/o Attorney General, Collections Enforcement Section, Attn: Bankruptcy Staff, 150 E. Gay Street., 21st Floor, Columbus, OH 43215. OBWC may claim an interest in some of the Units

95. Defendant State of Ohio Department of Taxation ("DOT") is an agency of the State of Ohio and under the laws of the State of Ohio maybe served with the summons and complaint addressed to Ohio Department of Taxation, Attn Bankruptcy Division, PO BOX 530, Columbus OH 43266-0030 and to State of Ohio Department of Taxation c/o Attorney General, Collections Enforcement Section, Attn: Bankruptcy Staff, 150 E. Gay Street., 21st Floor, Columbus, OH 43215. DOT may claim an interest in some of the Units

96. Defendant United States of America, Internal Revenue Service is an agency of the United States that may be served with the summons and complaint by first class mail postage pre-paid addressed to Civil Process Clerk, Office of the United States Attorney, 801 W Superior Ave, Ste 400, Cleveland Ohio 44113-1852 and to Attorney General of the United States, U.S. Department of Justice Tax Division, Civil Trial Section, Northern Region, P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044 and to Internal Revenue Service, P.O. Box 21126 Philadelphia, PA 19114. The IRS may claim an interest in some of the Units as set forth on the attached exhibit.

## BACKGROUND

97. The Yacht Club is a marine condominium under Ohio law. A marine condominium (sometimes referred to as a "Dockiminium") is a type of condominium ownership where each of the unit owners holds title to an individual "slip unit," ("Slip") and the remaining areas of the "Dockiminium" are "common areas" owned by each Unit Owner (collectively "Unit Owners") as tenants in common.

98. The Yacht Club common areas encompass the docks, a clubhouse and pool area and the parking lot. This means that each Unit Owner holds separate title only to a particular water space between certain designated docks.

99. Some of the common areas are restricted in that they are for use by only some of the Unit Owners and their guests, such as the docks leading to a particular Unit Owner's Slip, while others are available for use by all of the Unit Owners and their guests such as the clubhouse, the pool and the parking lot. The common areas that are available for all of the Unit Owners' use are hereinafter referred to as the "Common Areas."

100. The Debtor was the developer of the Yacht Club and undertook the construction of all of the facilities of the Yacht Club including the Common Areas. The

Debtor originally intended to sell most, if not all of its Units at the Yacht Club to other owners. The Debtor owns approximately 51% of the Units at the Yacht Club.

101. However owing to a variety of factors there is no longer a ready market for the Units. Among these factors are a lack of market interest in a facility with no residential units, the availability of other dock space without the requirement of ownership, and the fact that for some time the Common Areas need repair or replacement. Finally without a ready resale market, it is difficult to interest buyers for the Units.

102. The Yacht Club has no other source of funds to maintain the common areas other than through assessments of the Units. With the bankruptcy of the Debtor, over half of the Units will not be making regular dues payments. The Yacht Club will have no recourse beyond foreclosing on the Debtors Units. Without interested buyers, this will likely result in no income to repair the Common Areas.

103. Moreover the Debtor does not have or operate boats and therefore does not create a community of boaters that would create a competitive environment for the sale of the Units.

104. The best way to improve the marketability of the Units is to transfer a portion of the parking lot to a developer for the purpose of constructing residential condominiums.

**COUNT I**

105. The allegations of paragraphs 1 through 104 are incorporated by reference here.

106. Partition in kind of the Common Areas is impracticable.

107. Sale of the estate's undivided interest in the Common Areas would realize significantly less for the estate than the sale of the Common Areas free of other Unit Owner's interests.

108. The benefit to the estate of a sale of the Common Area's free of the other Common Owner's interests outweighs the detriment, if any, to the other Unit Owners. The other Unit Owners will retain title to their individual Slip, and will have full access to the dock areas, the pool and clubhouse and those portions of the parking lot not used for construction.

109. The Common Areas are not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light, or power.

110. Therefore pursuant to 11 U.S.C. §363(h) the Debtor may sell both the interest of the estate and the interest of the other Unit Owners in the Common Areas.

**COUNT II**

111. The allegations of paragraphs 1 through 110 are incorporated by reference here.

112. The other Defendants may have or claim to have some interest in the Common Areas by way of mortgage, lien, exemption or other encumbrance.

113. All Defendants may be required to answer or file a responsive pleading to this complaint or be forever barred from asserting any claim, exemption, encumbrance or other interest in the Common Areas or proceeds received from the sale thereof under Ohio law.

WHEREFORE, the Plaintiff, Olde River Yacht Club Limited Partnership, requests Judgment as follows:

1. That this Court enter an order determining the validity, priority and extent of all liens and encumbrances, and other interests against the Common Areas;
2. That any Defendant failing to answer or failing to file a responsive pleading in this proceeding within the time set forth by law be barred from asserting any such claim, exemption or interest;

3. That Plaintiff be authorized to sell both the interest of the Estate and the Unit Owners in and to the Common Areas free of any interest of any entity;
4. That all claims, exemptions, encumbrances or other interests in and to the Common Areas be transferred to the proceeds of sale and thereby extinguished;
5. That from the proceeds of sale, Plaintiff be authorized to pay all reasonable and necessary closing costs, all real property taxes pro-rated to the date of closing, the liens, exemptions or interests determined to be valid according to priority established by this Court; and
6. such further relief as this Court deems just

Respectfully submitted,
/s/ Frederic P. Schwieg

Frederic P. Schwieg, Esq. (0030418)
Cowden Humphrey Nagorney & Lovett
50 Public Sq Ste 1414
Cleveland, Ohio 44113-2204
(216) 241-2880 Ext. 133
Fax: (216) 241-2881
fschwieg@cowdenlaw.com




9:27:32 AM Wed, Nov 1st

Search Results

AFN: F0112462 | Type: FL - Federal Tax Lien
Date Recorded: 12/11/1996 | Number of I
Book: | Page: | Amount: $2

**Grantor**

| Type | Last | First | M. | [ |
|---|---|---|---|---|
| R | IRS - 375 319628648 | | | |

**Grantee**

| Type | Last | First | M. | [ |
|---|---|---|---|---|
| E | R M C GROUP INC | | | |

**References**

Type E

**Legal Description**

| Category | Value |
|---|---|
| Amount : | $21,122.67 |
| Filing Fee : | $5.00 |

**Comments**

© 2002 Cuyahoga County Recorder's Office Click to read our Legal Disclaimer about our documents.
Developed and Designed By Broma/, NCCI and The Cuyahoga County Recorders Office

1




9:28:14 AM Wed. Nov 1st

Search Results

**AFN:** F0112966 **Type:** FL - Federal Tax Lien
**Date Recorded:** 02/25/1997 **Number of** |
**Book:** **Page:** **Amount:** $6

**Grantor**

| Type | Last | First | M. | [ |
|---|---|---|---|---|
| R | IRS - 375 319736127 | | | |

**Grantee**

| Type | Last | First | M. | [ |
|---|---|---|---|---|
| E | R M C GROUP INC | | | |

**References**

**Type** E

**Legal Description**

| Category | Value |
|---|---|
| Amount : | $6,985.07 |
| Filing Fee : | $5.00 |

**Comments**

© 2002 Cuyahoga County Recorder's Office. Click to read our Legal Disclaimer about our documents
Developed and Designed By Broma/, NCCI and The Cuyahoga County Recorders Office

1872

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
WAGE & INVESTMENT AREA #4
Lien Unit Phone: (800) 829-7650

Serial Number
227311805

For Optional Use by Recording Office

CUYAHOGA COUNTY RECORDER
PATRICK J. OMALLEY
FL 05/18/2005 10:24:43 AM
200505189007

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer WALTER S BENITT

Residence 11850 EDGEWATER DR
LAKEWOOD, OH 44107-1799

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | 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 | 11/12/2001 | 12/12/2011 | 37676.20 |

Place of Filing
Recorder of Cuyahoga County
Cuyahoga County
Cleveland, OH 44113

Total $ 37676.20

This notice was prepared and signed at DETROIT, MI, on this,

the 10th day of May, 2005

CUYAHOGA COUNTY RECORDER
200505189007 PAGE 1 of 1

Signature C Sherwood
for DENISE BRADLEY

Title
ACS
(800) 829-7650

14-00-0000

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

369

Form 668 (Y)(c)
(Rev. October 2000)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #6
Lien Unit Phone: (800) 829-3903

Serial Number
310336084

For Optional Use by Recording Office

CUYAHOGA COUNTY RECORDER
PATRICK J. OMALLEY
FL 06/17/2003 11:41:28 AM
200306179079

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer FRANK B SPENCER

Residence 6575 OLDE YORK RD
PARMA HEIGHTS, OH 44130-3027

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a)

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | 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 | 02/04/2002 | 03/05/2012 | 35685.80 |
| 1040 | 12/31/2001 | 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 | 04/21/2003 | 05/21/2013 | 1754.16 |

Place of Filing
Recorder of Cuyahoga County
Cuyahoga County
Cleveland, OH 44113

Total $ 37439.96

This notice was prepared and signed at Cincinnati, OH, on this,

the 11th day of June, 2003.

CUYAHOGA COUNTY RECORDER
200306179079 PAGE 1 of 1

Signature *Tamara Brito*
for R M OWENS

Title
ACS 26-00-0008
(800) 829-3903

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev 10-00)

Part 1 - Kept By Recording Office

1008

**Form 668 (Y)(c)**
(Rev February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #6
Lien Unit Phone: (800) 829-3903

Serial Number 159028504

For Optional Use by Recording Office

CUYAHOGA COUNTY RECORDER
PATRICK J. OMALLEY
FL 03/02/2004 01:14:25 PM
200403029023

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer FRANK B SPENCER

Residence 6575 OLDE YORK RD
PARMA HEIGHTS, OH 44130-3027

CUYAHOGA COUNTY RECORDER
200403029023 PAGE 1 of 1

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | 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 | 08/25/2003 | 09/24/2013 | 31247.68 |

Place of Filing
Recorder of Cuyahoga County
Cuyahoga County
Cleveland, OH 44113

Total $ 31247.68

This notice was prepared and signed at DETROIT, MI, on this,

the 24th day of February, 2004.

Signature
for PATRICK ROUAN

Title
ACS
(800) 829-3903
26-00-0008

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev Rul. 71-466, 1971 - 2 C.B 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT NO 60025X